JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 09-0856 JSW |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER DOCUMENTING WAIVER |
| JAIME LINARES, ) | |
| Defendant. ) | |

      On August 26, 2009, defendant Jaime Linares appeared with his counsel, Loren Stewart, Esq. for an initial appearance. The Court ordered a detention hearing for August 31, 2009, and set the defendant's status conference before the Honorable Jeffrey S. White for September 17, 2009. On August 31, 2009, the defendant appeared with his counsel, before the Court for a detention hearing, which the defendant then waived without prejudice. At the hearing, the Government produced discovery to the defendant. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the exclusion of time under

the Speedy Trial Act from August 31, 2009 through September 17, 2009.  The parties agree and stipulate, and the Court finds and holds, as follows:

1. On August 26, 2009, defendant Jaime Linares appeared with his counsel, Loren Stewart, Esq. for an initial appearance.  The Court ordered a detention hearing for August 31, 2009, and set the defendant's status conference before the Honorable Jeffrey S. White for September 17, 2009.  On August 31, 2009, the defendant appeared with his counsel before the Court for a detention hearing, which the defendant then waived without prejudice.  At the hearing, the Government produced discovery to the defendant.  The parties requested, and the Court ordered, the exclusion of time under the Speedy Trial Act from August 31, 2009 to September 17, 2009, to allow counsel time to review discovery and discuss the case with defendant, which would ensure the effective preparation of counsel.

2. Accordingly, the Court finds that the ends of justice served by excluding the period from August 31, 2009 to September 17, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: September 1, 2009      /s/
                              LOREN STEWART, ESQ.
                              Attorney for JAIME LINARES


DATED: September 1, 2009      /s/
                              CHRISTINE Y. WONG
                              Assistant United States Attorney


IT IS SO ORDERED.

DATED: September 1, 2009      /s/ Bernard Zimmerman
                              HON. BERNARD ZIMMERMAN
                              United States Magistrate Judge