JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09-0856 JSW |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER DOCUMENTING WAIVER |
| JAIME LINARES, | ) | |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

    On October 1, 2009, defendant Jaime Linares appeared with his counsel, Loren Stewart,
Esq., for a status conference before the Honorable Jeffrey S. White.  At the hearing, the parties
requested that a status conference be set before the Court on October 15, 2009, at 2:30 p.m. With
the agreement of the parties and with the consent of the defendant, the Court enters this order
confirming the exclusion of time under the Speedy Trial Act from October 1, 2009 through
October 15, 2009.  The parties agree and stipulate to the facts set forth above, and the Court finds
and holds, as follows:

1         Under the Speedy Trial Act, time will be excluded from October 1, 2009 to October 15,

2    2009, to allow counsel time to review discovery and discuss the case with defendant, which

3    would ensure the effective preparation of counsel.  The ends of justice served by excluding the

4    period from October 1, 2009 to October 15, 2009 from Speedy Trial Act calculations outweighs

5    the interests of the public and the defendant to a speedy trial, by ensuring the effective

6    preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

7

8    STIPULATED:

9

10   DATED: October 8, 2009            /s/
                                       LOREN STEWART, ESQ.
11                                     Attorney for JAIME LINARES

12

13   DATED: October 8, 2009            /s/
                                       CHRISTINE Y. WONG
14                                     Assistant United States Attorney

15

16   IT IS SO ORDERED.

17

18   DATED: October 8__, 2009          _____
                                       HON. JEFFREY S. WHITE
19                                     United States District Judge

20

21

22

23

24

25

26

27

28