JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail:    Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JAIME LINARES, <br><br>    Defendant. | No. 09-0856 JSW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING WAIVER |

    On October 29, 2009, defendant Jaime Linares appeared with his counsel, Loren Stewart, Esq., for a status conference before the Honorable Jeffrey S. White. At the hearing, the parties requested a briefing schedule for the motion to suppress that the defendant intends to file. The Court ordered that the defendant file his opening brief on November 19, 2009, the Government file its response on December 3, 2009, defendant file any reply memorandum on December 10, 2009, with the hearing on the motion to be held on January 7, 2010. With the agreement of the parties and with the consent of the defendant, the Court enters this order confirming the

exclusion of time under the Speedy Trial Act from October 29, 2009 through November 19, 2009, to allow defendant time to prepare the motion, which will ensure the effective preparation of counsel. The parties agree and stipulate to the facts set forth above, and the Court finds and holds, as follows:

Under the Speedy Trial Act, time will be excluded from October 29, 2009, to November 19, 2009, to allow counsel time to review discovery and discuss the case with defendant, which would ensure the effective preparation of counsel. The ends of justice served by excluding the period from October 29, 2009 to November 19, 2009 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by ensuring the effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: November 6, 2009         /s/
                                LOREN STEWART, ESQ.
                                Attorney for JAIME LINARES

DATED: November 6, 2009         /s/
                                CHRISTINE Y. WONG
                                Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 6, 2009         _____
                                HON. JEFFREY S. WHITE
                                United States District Judge