BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LINARES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAIME LINARES, <br><br> Defendant. | No. CR-09-0856 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE FOR OPPOSITION AND REPLY TO MOTION TO SUPPRESS** <br><br> Court: Hon. Jeffery S. White <br> Hearing Date: January 7, 2010 <br> Hearing Time: 2:30 P.M. |

At a status hearing on October 29, 2009, the parties set a schedule for defendant Jaime Linares's motion to suppress evidence. The parties agreed that Mr. Linares would file his motion by November 19, 2009, the government would oppose by December 3, 2009, Mr. Linares would file his reply by December 10, 2009, and the Court would hold a hearing on the motion on January 7, 2010. On November 19, 2009, Mr. Linares filed the motion to suppress. *See* Docket Nos. 22-24.

The parties have continued to engage in further plea negotiations in this matter, and jointly request that the opposition and reply dates be continued to further the negotiation. Specifically, the parties jointly request that each date be extended by one week, making the

STIP & [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE FOR MOTION                1

1  government's opposition due by December 10, 2009, and the defendant's reply due by December

2  17, 2009.  This extension will not change the noticed hearing date, as the briefing will still be

3  completed three full weeks before the noticed motion hearing, in compliance with this Court's

4  standing order.

5  IT IS SO STIPULATED.

6

7   November 30, 2009                                          /s/
    DATED                                    CHRISTINE WONG
8                                            Assistant United States Attorney

9
    November 30, 2009                                          /s/
10  DATED                                    LOREN STEWART
                                             Assistant Federal Public Defender
11

12

13                              [PROPOSED] ORDER

14      In conformity with this Court's standing order and for good cause shown for the reasons

15  articulated above, the government's opposition to Mr. Linares's motion to suppress evidence

16  shall now be filed on or before December 10, 2009, and Mr. Linares's reply shall be filed on or

17  before December 17, 2009.

18  IT IS SO ORDERED.

19

20

21   November 30, 2009                        /s/ Jeffrey S. White
    DATED                                    HON. JEFFREY S. WHITE
22                                           United States District Court Judge

23

24

25

26

STIP & [PROPOSED] ORDER EXTENDING
BRIEFING SCHEDULE FOR MOTION            2