1  BARRY J. PORTMAN
   Federal Public Defender
2  LOREN D. STEWART
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant LINARES
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  No. CR-09-0856 JSW
                                      )
12 |         Plaintiff,                )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER CONTINUING SENTENCING**
13 | vs.                               )  **HEARING**
                                      )
14 | JAIME LINARES,                    )  **Current Sentencing Date: Feb. 18, 2010**
                                      )  Time:      2:30 p.m.
15 |         Defendant.                )  Judge:     Hon. Jeffrey S. White
                                      )
16 |                                   )  **Proposed Sentencing Date: Mar. 4, 2010**
                                      )  Time:      2:30 p.m.
17 |                                   )  Judge:     Hon. Jeffrey S. White
   |_____)
18

19      The above-captioned case is currently scheduled for sentencing on Thursday,

20 February 18, 2010 at 2:30 p.m. The parties and the probation officer respectfully request

21 that the Court continue the sentencing hearing to March 4, 2010 at 2:30 p.m. As a result

22 of scheduling considerations, the probation officer has not yet been able to complete the

23 probation interview and has not yet released the draft report. The probation officer is

24 scheduled to interview the defendant in the presence of undersigned counsel on January

25 27, 2010. The probation officer has requested, and the parties do not object to, additional

26 time to complete the presentence investigation. Accordingly, the parties and the

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING HEARING, CR-09-0856 JSW        1

1  probation officer jointly request that the sentencing be re-scheduled for March 4, 2010.

2      This request is made in conformity with Criminal Local Rule 32-2(a). As of this
3  date, the probation officer has not yet filed the presentence report. *See* Crim. L.R. 32-
4  2(a). Counsel represents that good cause for the change has been established as set forth
5  above. *See id.* (a)(1). Counsel for Mr. Linares has conferred with counsel for the
6  government and the probation officer, both of whom have confirmed their availability on
7  the proposed date. *See id.* (a)(2). On January 14, 2010, counsel for Mr. Linares conferred
8  with the Courtroom Deputy and confirmed the Court's availability on the proposed date.
9  *See id.* (a)(3). A proposed order is attached below. *See id.* (a)(4).

10     The parties and the probation officer jointly request that the date for sentencing in
11 this case be continued until Thursday, March 4, 2010 at 2:30 p.m.

12 IT IS SO STIPULATED.

14  January 14, 2010                                  */s/*
   DATED                                         CHRISTINE WONG
15                                              Assistant United States Attorney

17  January 14, 2010                                  */s/*
   DATED                                         LOREN STEWART
                                             Assistant Federal Public Defender
18                                              Attorney for Jaime Linares

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //

STIP & [PROPOSED] ORDER CONTINUING
SENTENCING HEARING, CR-09-0856 JSW     2

1 <u>[~~PROPOSED~~] ORDER</u>

3   For good cause shown and in accordance with Criminal Local Rule 32-2(a), the
4 sentencing now scheduled for ~~Wednesday~~ Thursday, February 18, 2010 is vacated. The matter shall
5 be added to the Court's calendar on ~~Wednesday~~ Thursday, March 4, 2010 at 2:30 p.m. for
6 sentencing.

8 IT IS SO ORDERED.

11 <u>January 15, 2010</u>    *Jeffrey S. White*
   DATED             HON. JEFFREY S. WHITE
12                   United States District Court Judge

STIP & [~~PROPOSED~~] ORDER CONTINUING
SENTENCING HEARING, CR-09-0856 JSW    3